# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>                    Plaintiff,<br><br>         v.<br><br>MAURICE JUNIOUS, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:09-CV-01771-DLB PC<br><br>ORDER REQUIRING PARTIES TO PROVIDE STATUS UPDATE<br><br>(DOC. 27)<br><br>RESPONSE DUE WITHIN 30 DAYS |

     Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants L. Cruz, R. Davis, K. Foley, D. B. Hernandez, Jennifer Jones, Maurice Junious, Dan Leon, R. Magvas, S. Marsh, L. Molina, and J. Tucker. On January 31, 2011, Plaintiff filed a motion to compel discovery. Doc. 26. On February 18, 2011, Defendants filed a notice of stipulation to suspend Plaintiff's motion to compel. Doc. 27.

     Pursuant to the notice, Plaintiff and Defendants stipulated that Plaintiff would suspend his motion to compel pending Defendants' reasonably diligent efforts to pursue further responses to Plaintiff's requests for Production of Documents. Defendants contend that the stipulation would grant Defendants through March 31, 2011, in which to complete their diligent inquiry. Defendants anticipated filing the stipulation within ten days from the date of filing of the notice. As of the date of this order, no such stipulation was filed.

1  The Court will require the parties to provide a status update regarding the discovery
2 stipulation in this action, including whether Plaintiff is still proceeding with his January 31, 2011
3 motion to compel. Accordingly, it is HEREBY ORDERED that the parties are to file a status
4 update within thirty (30) days from the date of service of this order.

6    IT IS SO ORDERED.
7    Dated:   **April 26, 2011**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE