# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>         Plaintiff,<br><br>    v.<br><br>MAURICE JUNIOUS, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:09-CV-01771-AWI-DLB PC<br><br>ORDER GRANTING REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE<br><br>(DOC. 35) |

Plaintiff Kevin E. Fields ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2011, Defendants filed a request to conduct Plaintiff's deposition via video conference. *See* Fed. R. Civ. P. 30(b)(4). Defendants contend that Plaintiff is incarcerated at California State Prison-Corcoran, in Corcoran, California, and a deposition via video conference would save on unnecessary travel expenses and is in the interest of judicial economy.

The Court finds Defendants' request reasonable. Accordingly, it is HEREBY ORDERED that Defendants' request to conduct Plaintiff's deposition via video conference is GRANTED.

IT IS SO ORDERED.

    Dated:   **July 11, 2011**                    **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE

1