1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 EASTERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9 KEVIN E. FIELDS, | Case No. 1:09-cv-01771-AWI-DLB PC |
| 10 Plaintiff, | **ORDER DIRECTING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENTS FOR SELECTION TO CASE SETTLEMENT PROGRAM** |
| 11 v. | |
| 12 J. TUCKER, et al., | |
| 13 Defendants. | |

14

15    Plaintiff Kevin E. Fields ("Plaintiff") is a California state prisoner proceeding pro se and in

16 forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's

17 Eighth Amendment claim regarding unsanitary conditions in his cell against Defendants Hernandez,

18 Molina, Marsh, and Tucker, and on Plaintiff's Eighth Amendment claim regarding inadequate

19 temperature in his cell against Defendants Hernandez, Molina, and Marsh.

20    The parties to this action shall each, no later than fifteen (15) days from the date of the order,

21 submit confidential statements as described below.  The confidential statements shall not be served

22 on the opposing party or filed with the Court, but instead, delivered by mail, fax, email or personal

23 delivery to the Court's Alternative Dispute Resolution (ADR) division at the address, fax number or

24 email address below and marked "Confidential."

25    ADR Division, Attention: Sujean Park
    US District Court
26    501 I Street, Suite 4-200
    Sacramento, CA 95814
27    Fax: (916) 491-3912
    email: spark@caed.uscourts.gov
28

1

Such statements shall be limited to five (5) pages and shall include the following:

1) The party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

2) The party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

3) Any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will set this matter for a settlement conference before a magistrate judge or district judge.

IT IS SO ORDERED.

Dated:   **August 15, 2012**                        /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE