# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>J. TUCKER, et al.,<br><br>　　　Defendants. | Case No. 1:09-cv-01771-AWI-DLB PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF SECOND SCHEDULING ORDER**<br><br>ECF No. 85 |

Plaintiff Kevin E. Fields ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's Eighth Amendment claim regarding unsanitary conditions in his cell against Defendants Hernandez, Molina, Marsh, and Tucker and on Plaintiff's Eighth Amendment claim regarding inadequate temperature in his cell against Defendants Hernandez, Molina, and Marsh.

On November 21, 2012, the Court issued a Second Scheduling Order, setting this matter for jury trial.  Pending before the Court is Plaintiff's February 13, 2013 motion requesting a copy of the Court's order.  The matter is submitted pursuant to Local Rule 230(l).

Plaintiff contends that prison officials confiscated the order.  Good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a copy of the Court's scheduling order, filed February 13, 2013, is granted;

2. The Clerk of the Court is directed to send Plaintiff a copy of the Court's Second Scheduling

1

1 | Order, issued on November 21, 2012, a copy of Local Rule 281, and an order regarding
2 | consenting or declining Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated: **March 1, 2013**        /s/ *Dennis L. Beck*
                                UNITED STATES MAGISTRATE JUDGE