# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>  v.<br><br>J. TUCKER, et al.,<br><br>    Defendants. | Case No. 1:09-cv-01771-AWI-DLB PC<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>TWENTY DAY DEADLINE |

    Plaintiff Kevin E. Fields ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment claim regarding unsanitary conditions in his cell against Defendants Hernandez, Molina, Marsh, and Tucker, and on Plaintiff's Eighth Amendment claim regarding inadequate temperature in his cell against Defendants Hernandez, Molina, and Marsh.

    Within **twenty (20) days** from the date of service of this order, Plaintiff and Defendants are each to file a written response indicating whether a court settlement conference would be beneficial in resolving this action. If both parties agree, the Court will issue a further scheduling order setting this matter for settlement conference before a Magistrate Judge or District Judge from the United States District Court, Eastern District of California.

IT IS SO ORDERED.

    Dated:   **April 15, 2013**             /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE

1