# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. TUCKER, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-01771-AWI-DLB PC<br><br>**ORDER VACATING WRITS OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>ECF Nos. 114, 115, 116 |

　　　　Plaintiff Kevin E. Fields ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's Eighth Amendment claim regarding unsanitary conditions in his cell against Defendants Hernandez, Molina, Marsh, and Tucker and on Plaintiff's Eighth Amendment claim regarding inadequate temperature in his cell against Defendants Hernandez, Molina, and Marsh.  This matter was set for jury trial on June 4, 2013 before United States District Judge Anthony W. Ishii.

　　　　On May 28, 2013, pursuant to a telephonic conference, Plaintiff's motion to continue the trial date was granted.  Accordingly, it is HEREBY ORDERED that the writs of habeas corpus ad testificandum issued on May 7, 2013, as to Plaintiff Kevin E. Fields, Anthony E. Mack, and Bryan E. Ransom, are VACATED.

IT IS SO ORDERED.

　　Dated:　**May 31, 2013**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE