1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6    KEVIN E. FIELDS,                          CASE NO. 1:09-cv-01771-AWI-DLB PC

7                      Plaintiff,              ORDER REQUESTING THE PARTIES
                                               NOTIFY THE COURT WHETHER THEY
8        v.                                    ARE WILLING TO CONSENT TO
                                               MAGISTRATE JUDGE DENNIS L. BECK
9    MAURICE JUNIOUS, et al.,                  FOR AN AUGUST 5, 2013 TRIAL DATE

10                     Defendants.
                                    _____/
11

12       Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se and in forma

13   pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On May 28, 2013, the Court held a

14   status conference with the parties.   At the hearing, the Court vacated the pending trial date and

15   all dates related to the trial based on Plaintiff's medical condition.

16       At the hearing, the Court and the parties addressed whether the parties were willing to

17   consent to Magistrate Judge Jurisdiction.   Defendants stated they were willing to consent.

18   Plaintiff stated he would consent to Magistrate Judge Jurisdiction if Magistrate Judge Dennis L.

19   Beck, the Magistrate Judge assigned to this action, would conduct further proceedings and trial.

20   The Court informed the parties that Magistrate Judge Beck is retired but is still on a recalled

21   status and continues with many assignments.   The Court informed the parties that it would

22   consult with Magistrate Judge Beck to determine if he is willing to conduct the trial in this

23   action.

24       Having contacted Magistrate Judge Beck, the parties are informed that Magistrate Judge

25   Beck is willing to conduct a trial in this action on August 5, 2013.   The parties are requested to

26   contact the Court, state whether they are willing to consent, and provide information on whether

27   they believe they will be prepared for trial by August 5, 2013.

28

1

Accordingly, the Court ORDERS that:

1.   The Clerk of the Court is DIRECTED to send the parties a form, allowing them to consent or decline Magistrate Judge Jurisdiction;

2.   Within twenty (20) days of this order's date of service, the parties shall inform the Court whether they are willing to consent to Magistrate Judge Jurisdiction and whether they believe they will be ready to proceed to trial in this action on August 5, 2013 before Judge Beck.

IT IS SO ORDERED.

Dated:   June 4, 2013                                _____

                                                              SENIOR  DISTRICT  JUDGE

2