1

2

3

4

5

6    **UNITED STATES DISTRICT COURT**

7    **EASTERN DISTRICT OF CALIFORNIA**

8

9

10

| | |
|---|---|
| 11  KEVIN E. FIELDS, | )   Case No.: 1:09cv01771 DLB (PC) |
| 12               Plaintiff, | )   ORDER SETTING TRIAL DATE |
| 13  v. | )   **Motions In Limine Hearing:** |
| 14  MAURICE JUNIOUS, et al., | )   **August 5, 2013, 8:30 a.m.** |
| 15               Defendants. | )   **Courtroom 1** |
| 16 | )   **Trial:** |
| 17 | )   **August 5, 2013, 8:30 a.m.** |
| | )   **Courtroom 1** |

18      Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in

19  this civil action pursuant to 42 U.S.C. § 1983.  The parties have consented to the jurisdiction of the

20  United States Magistrate Judge for all purposes.

21      Accordingly, IT IS HEREBY ORDERED that:

22      1.      Trial is SET for August 5, 2013, at 8:30 a.m. in Courtroom 1;

23      2.      The July 1, 2013, telephonic status conference is VACATED; and

24      3.      The April 2, 2013, Pretrial Order remains in effect.

25

26  IT IS SO ORDERED.

27      Dated:   __June 26, 2013__          _____ /s/ *Dennis L. Beck*

28                                          UNITED STATES MAGISTRATE JUDGE