# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>v.<br><br>MAURICE JUNIOUS, et al.,<br><br>    Defendants. | Case No.: 1:09cv01771 DLB (PC)<br><br>ORDER SETTING TRIAL DATE<br><br>**Motions In Limine Hearing:**<br>　**August 5, 2013, 8:30 a.m.**<br>　**Courtroom 1**<br><br>**Trial:**<br>　**August 5, 2013, 8:30 a.m.**<br>　**Courtroom 1** |

Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of the United States Magistrate Judge for all purposes.

Accordingly, IT IS HEREBY ORDERED that:

1. Trial is SET for August 5, 2013, at 8:30 a.m. in Courtroom 1;

2. The July 1, 2013, telephonic status conference is VACATED; and

3. The April 2, 2013, Pretrial Order remains in effect.

IT IS SO ORDERED.

Dated:   **June 26, 2013**                    /s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28