UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE JUNIOUS, et al.,<br><br>    Defendants. | Case No.: 1:09cv01771 DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DRESS INMATE WITNESSES<br>(Document 119)<br><br>ORDER DIRECTING CDCR TO PROVIDE KHAKI PANTS AND SHIRT FOR INMATE WITNESSES BRYAN E. RANSOM AND ANTHONY MACK FOR TRIAL ON AUGUST 5, 2013 |

Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This matter is set for trial on August 5, 2013, in Courtroom 1, before the Honorable Dennis L. Beck, United States Magistrate Judge.[1]

On May 8, 2013, Plaintiff filed a motion to direct the CDCR Transportation Officer to dress his two inmate witnesses, Bryan E. Ransom and Anthony Mack, in khakis for trial.   Plaintiff states the red/blue jumpsuits worn during transportation are revealing and present the possibility of a wardrobe malfunction.  Plaintiff also states that Inmate Ransom is a Muslim, and wearing such a revealing

---

[1] The parties consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

garment in front of females is frowned up by his religion.  Finally, Plaintiff contends that the jumpsuits are demeaning and would strip his witnesses' of their dignity.

Defendants did not oppose or otherwise respond to the motion.

The Court GRANTS Plaintiff's motion.  CDCR is ORDERED to provide khaki pants and a shirt for inmate witnesses Bryan E. Ransom, CDCR #H-71641, and Anthony E. Mack, CDCR #C-90604, who will be transported to this Court on August 5, 2013, at 8:00 a.m., Courtroom 1.  CDCR SHALL allow Inmate Ransom and Inmate Mack to change into the provided clothes upon their arrival to the Court and prior to their appearance in Court.

IT IS SO ORDERED.

Dated:   **July 25, 2013**                             /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE