UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>        Plaintiff,<br><br>    v.<br><br>MAURICE JUNIOUS, et al.,<br><br>        Defendants. | Case No.: 1:09cv01771 DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DRESS INMATE WITNESSES<br>(Document 119)<br><br>ORDER DIRECTING CDCR TO PROVIDE KHAKI PANTS AND SHIRT FOR INMATE WITNESSES BRYAN E. RANSOM AND ANTHONY MACK FOR TRIAL ON AUGUST 5, 2013 |

      Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This matter is set for trial on August 5, 2013, in Courtroom 1, before the Honorable Dennis L. Beck, United States Magistrate Judge.[1]

      On May 8, 2013, Plaintiff filed a motion to direct the CDCR Transportation Officer to dress his two inmate witnesses, Bryan E. Ransom and Anthony Mack, in khakis for trial. Plaintiff states the red/blue jumpsuits worn during transportation are revealing and present the possibility of a wardrobe malfunction. Plaintiff also states that Inmate Ransom is a Muslim, and wearing such a revealing

---

[1] The parties consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

1  garment in front of females is frowned up by his religion.  Finally, Plaintiff contends that the
2  jumpsuits are demeaning and would strip his witnesses' of their dignity.

3        Defendants did not oppose or otherwise respond to the motion.

4        The Court GRANTS Plaintiff's motion.  CDCR is ORDERED to provide khaki pants and a
5  shirt for inmate witnesses Bryan E. Ransom, CDCR #H-71641, and Anthony E. Mack, CDCR #C-
6  90604, who will be transported to this Court on August 5, 2013, at 8:00 a.m., Courtroom 1.  CDCR
7  SHALL allow Inmate Ransom and Inmate Mack to change into the provided clothes upon their arrival
8  to the Court and prior to their appearance in Court.

11 IT IS SO ORDERED.

12     Dated:   **July 25, 2013**                                        /s/ *Dennis L. Beck*
13                                                              UNITED STATES MAGISTRATE JUDGE