# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAURICE JUNIOUS, et al.,<br><br>　　　　Defendants. | Case No.: 1:09cv01771 DLB (PC)<br><br>ORDER REGARDING DEFENDANTS' REQUEST FOR CLARIFICATION<br>(Document 145)<br><br>ORDER VACATING JULY 26, 2013, ORDER<br>(Document 143)<br><br>ORDER REQUIRING CDCR TO DRESS PLAINTIFF AND HIS TWO INMATE WITNESSES IN <u>PRISON KHAKIS</u> FOR TRIAL ON AUGUST 5, 2013 |

　　　Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This matter is set for trial on August 5, 2013, in Courtroom 1, before the Honorable Dennis L. Beck, United States Magistrate Judge.[1]

　　　On May 8, 2013, Plaintiff filed a motion to direct the CDCR Transportation Officer to dress his two inmate witnesses, Bryan E. Ransom and Anthony Mack, in "prison khakis" for trial. On July 26, 2013, the Court granted the order, and ordered CDCR to provide khaki pants and a shirt for Plaintiff's inmate witnesses.

---

[1] The parties consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1

1   On July 30, 2013, Defendants filed a request for clarification of the order.  Defendants state that Plaintiff requested that "he and his inmate witnesses be permitted to dress in 'prison khakis' for trial."  Mot. 1.  Defendants clarified that "prison khakis" are simply a thicker version of the red/blue transportation jumpsuit that are khaki in color.

It appears that the Court misunderstood Plaintiff's request.  Accordingly, the Court <u>VACATES the July 26, 2013, order requiring CDCR to provide khaki pants and a shirt to Plaintiff's inmate witnesses</u>.

CDCR SHALL BE REQUIRED, however, to dress Plaintiff and his inmate witnesses in "prison khakis" for trial.[2]  Plaintiff and his witnesses, Bryan E. Ransom, CDCR #H-71641, and Anthony E. Mack, CDCR #C-90604, will be transported to this Court on August 5, 2013, at 8:00 a.m., Courtroom 1.

IT IS SO ORDERED.

Dated:   **July 31, 2013**                                   /s/ *Dennis L. Beck*
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff's motion only requests that his prison witnesses be dressed in prison khakis.  In Defendants' request for clarification, they indicate that they have no objection to dressing *Plaintiff and* his inmate witnesses in prison khakis for trial.  Accordingly, the Court will permit Plaintiff to dress in prison khakis if he so chooses.

2