# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. TUCKER, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-01771 DLB PC<br><br>NOTICE AND ORDER THAT BRYAN E. RANSOM IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on August 5, 2013. Inmate Bryan E. Ransom shall be returned to his place of incarceration for medical attention.

Accordingly, the writ of habeas corpus ad testificandum issued for inmate Bryan E. Ransom, CDCR #H-71641, is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated: __**August 5, 2013**__　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1