# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. TUCKER, et al.,<br><br>    Defendants. | Case No. 1:09-cv-01771 DLB PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 6, 2013, AT 8:30 A.M. IN COURTROOM 1 |

Plaintiff Kevin E. Fields, CDCR #P-83425, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Tuesday, August 6, 2013, in Courtroom 1, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

   Dated:   **August 5, 2013**                    /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE