# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. TUCKER, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-01771 DLB PC<br><br>NOTICE AND ORDER THAT BRYAN E. RANSOM IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on August 5, 2013. Inmate Bryan E. Ransom, a witness in these proceedings, concluded his testimony on August 6, 2013.

Accordingly, Bryan E. Ransom is no longer needed in these proceedings and the writ of habeas corpus ad testificandum issued for inmate Bryan E. Ransom, CDCR #H-71641, is HEREBY DISCHARGED.

IT IS SO ORDERED.

　Dated:　**August 6, 2013**　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1