1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN E. FIELDS,                        Case No. 1:09-cv-01771 DLB PC

12              Plaintiff,                    NOTICE AND ORDER THAT PLAINTIFF
                                             KEVIN E. FIELDS IS NO LONGER NEEDED
13        v.                                 IN THESE PROCEEDINGS, AND THE WRIT
                                             OF HABEAS CORPUS AD
14   J. TUCKER, et al.,                      TESTIFICANDUM IS DISCHARGED

15              Defendants.

16

17        Jury trial in this matter commenced on August 5, 2013.  The trial concluded on August 6,

18   2013.

19        Accordingly, Plaintiff Kevin E. Fields, CDCR #P-83425, is no longer needed by the Court in

20   these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY

21   DISCHARGED.

22

23

24   IT IS SO ORDERED.

25        Dated:   __**August 6, 2013**__              _____ /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE
26

27

28

                                             1