# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>            Plaintiff,<br><br>    v.<br><br>J. TUCKER, et al.,<br><br>            Defendants. | Case No. 1:09-cv-01771 DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF KEVIN E. FIELDS IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on August 5, 2013. The trial concluded on August 6, 2013.

Accordingly, Plaintiff Kevin E. Fields, CDCR #P-83425, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 6, 2013**              /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE

1